OTIS SEYMOUR agt. SAMUEL ROGERS *et al.*

*Oyer* may be amended after the cause has been twice noticed for trial, if application is made as soon as the error is discovered, or if not, a sufficient excuse for the delay is offered, on payment of costs of opposing motion.

*December Term,* 1845.

MOTION by plaintiff for leave to serve a new oyer with the same effect as if the original had been correct.

This was an action of covenant on a lease; plea *non est factum,* giving oyer with notice; issue was joined in July, 1844; cause was noticed for September, 1844, and not tried, and again in February, 1845, and not tried. In August last, defendant's attorney received a stipulation signed by Haight, one of plaintiff's attorneys, to amend oyer, and a letter alleging that the defect had just been discovered, no terms, or con-

Keefer agt. Keefer.

ditions were offered for amendment, defendant's attorney de-
clined the stipulation without terms.   August 26th, plaintiff's
          attorney served notice of trial; defendant's attorney
[*29]   alleged he had made *preparations for trial, when on
          the 1st September, a notice of countermand was served.
No further steps were taken until 20th November, when no-
tice of this motion was served.   Defendant's counsel insisted
that there were laches on the part of plaintiff, his attorneys
knew of the defect in February last.   Plaintiff's counsel in-
sisted that the laches were fully excused, inasmuch as one of
the partners who had the entire control of this cause had been
a long time sick, and unable to attend to business, and the de-
fect was not stated to his co-partner until August last, after he
had noticed the cause for trial.

> S. MATHEWS, *plaintiff's counsel.*
> HAIGHT & CHASE, *plaintiff's attorney.*
> N. HILL, JR., *defendants' counsel.*
> E. G. LAPHAM, *defendants' attorney.*

JEWETT, Justice.   Granted the motion on payment of costs
of opposing, $7.